1 | LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
2 | JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
3 | DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
4 | BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
5 | SUITE 250
LAS VEGAS, NV 89144
6 | TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
7 | lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
8 | dweinerman@bremerwhyte.com

9 | Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUL RAJA, an individual, | Case No. 2:18-cv-01177-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants.. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GUL RAJA, and Defendant, JAMES RIVER INSURANCE COMPANY by and through their attorneys of record that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the parties to each

/ / /

/ / /

/ / /

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1156.347 4816-8364-4555.1

bear their own fees and costs.

Dated this 9th day of April, 2019

BREMER, WHYTE, BROWN & O'MEARA, LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 9th day of April, 2019

MOSS BERG INJURY LAWYERS

_____
Marcus A. Berg, Esq.
Nevada Bar No. 9760
Boyd B. Moss III, Esq.
Nevada Bar No. 8856
Attorneys for Plaintiff,
Gul Raja

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: April 11, 2019

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:18-cv-01177-JCM-PAL was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 268-6665

2

1156.347 4816-8364-4555.1